IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT A. GRAVES, (SPN #01954106) Plaintiff, | § § § § | |
| vs. | § § | CIVIL ACTION H-17-3730 |
| HARRIS COUNTY, Defendant. | § § § § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's Memorandum and Opinion entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on DEC 0 6 2018.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE

# ATTACHMENT 1

15 Pend

| THE STATE OF TEXAS | **01954106** | D.A. LOG NUMBER: 2388447 |
| VS. | | CJIS TRACKING NO.: 9265591528A002 |
| ROBERT ALLEN GRAVES | SPN: 01954106 | BY: GC  DA NO: 2824321 |
| 211 DOMINION PARK DR, APT #1408 | DOB: B M 10/26/1981 | AGENCY: SHF |
| HOUSTON,TX 77090 | DATE PREPARED: 10/6/2017 | O/R NO: HC170158353 |
| | | ARREST DATE: 10/06/2017 |

NCIC CODE: 2901 56           RELATED CASES: SAME DEF- 2 MISD

MISDEMEANOR CHARGE: Criminal Mischief

| CAUSE NO: | **2171975** | BAIL: **REFERRED TO (15.17)** |
| HARRIS COUNTY CRIMINAL COURT AT LAW NO: | **15** | PRIOR CAUSE NO: |
| FIRST SETTING DATE: | **10-13-17** | CHARGE SEQ NUM: 1 |

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the Harris County Criminal Court at Law No. __ of Harris County, Texas, that in Harris County, Texas, **ROBERT ALLEN GRAVES**, hereafter styled the Defendant, heretofore on or about **October 6, 2017**, did then and there unlawfully, intentionally and knowingly damage tangible property, namely one motor vehicle door and one window, owned by M. Rudulph, a person having a greater right to possession of the property than the defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind, and the value of the pecuniary loss so inflicted was at least one hundred dollars and under seven hundred fifty dollars, by kicking the door and window with the defendant's foot.

FILED
Chris Daniel
District Clerk
OCT 07 2017
Time: _____
Harris County, Texas
By_____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS
BAR NO. 24062572

**INFORMATION**

**ATTACHMENT 2**

15

| THE STATE OF TEXAS | 01954106 | D.A. LOG NUMBER: 2388447 |
| VS. | | CJIS TRACKING NO.: 9265591528A001 |
| ROBERT ALLEN GRAVES | SPN: 01954106 | BY: GC   DA NO: 2824321 |
| 211 DOMINION PARK DR, APT #1408 | DOB: B M 10/26/1981 | AGENCY: SHF |
| HOUSTON, TX 77090 | DATE PREPARED: 10/6/2017 | O/R NO: HC170158353 |
| | | ARREST DATE: 10/06/2017 |

NCIC CODE: 1314 20            RELATED CASES: SAME DEF- 2 MISD

MISDEMEANOR CHARGE: Assault-Family Member

| CAUSE NO: | 2171974 | BAIL: REFERRED TO (15.17) |
| HARRIS COUNTY CRIMINAL COURT AT LAW NO: | 15 | PRIOR CAUSE NO: |
| FIRST SETTING DATE: | 10-13-17 | CHARGE SEQ NUM: 1 |

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the Harris County Criminal Court at Law No. ___ of Harris County, Texas, that in Harris County, Texas, **ROBERT ALLEN GRAVES**, hereafter styled the Defendant, heretofore on or about **October 6, 2017**, did then and there unlawfully, intentionally and knowingly cause bodily injury to Shanika Johnson, a person with whom the Defendant had a dating relationship, hereafter styled the Complainant by striking the complainant with the defendant's fists.

Before the commission of the offense alleged above, on January 6, 2004, in Cause No. 960913, in the 230th District Court of Harris County, Texas, the Defendant was convicted of the felony offense of Aggravated Assault.

FILED
Chris Daniel
District Clerk
OCT 07 2017
Time: 00:50
Harris County, Texas
By_____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS
BAR NO. 24062582

**INFORMATION**

**ATTACHMENT 3**

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>VS.<br>ROBERT ALLEN GRAVES<br>211 DOMINION PARK_DR, APT #1408<br>HOUSTON,TX 77090 | <u>01954106</u><br>SPN: 01954106<br>DOB: B M 10/26/1981<br>DATE PREPARED: 10/11/2017 | D.A. LOG NUMBER: 2389581<br>CJIS TRACKING NO.: 9265602767A001<br>BY: EH  DA NO: 62187960<br>AGENCY: SHF<br>O/R NO: HC170161036<br>ARREST DATE: 10/11/2017 |

NCIC CODE: 7400 23   RELATED CASES: 1 OTHR FEL

MISDEMEANOR CHARGE: Violation of Protective Order

CAUSE NO:
HARRIS COUNTY CRIMINAL COURT AT LAW NO: <u>2172638</u>
FIRST SETTING DATE: **15**
<s>10/18/2017</s>

BAIL: REFERRED TO (15.17)
PRIOR CAUSE NO:
CHARGE SEQ NUM: 1

FILED
Chris Daniel
District Clerk
OCT 11 2017
Harris County, Texas
Time: ___
By ___ Deputy

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Comes now the undersigned Assistant District Attorney of Harris County, Texas, in behalf of the State of Texas, and presents in and to the Harris County Criminal Court at Law No. __ of Harris County, Texas, that in Harris County, Texas, **ROBERT ALLEN GRAVES**, hereafter styled the Defendant, heretofore on or about **October 11, 2017**, did then and there unlawfully, with knowledge of the issuance of a magistrate's order for emergency protection issued under Article 17.292 of the Code of Criminal Procedure, a copy of which is attached as Exhibit A, violate said order by intentionally and knowingly going to or near a place specifically described in the order, to-wit: the residence of a protected individual, namely, 211 Dominion Park Drive, #1408, Houston, Texas 77090.

Before the commission of the offense alleged above, on November 11, 2015, in Cause No. 2057516, in the County Criminal Court at Law No. 9 of Harris County, Texas, the Defendant was convicted of the misdemeanor offense of Resisting Arrest.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

*[signature] 24091291*

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS
BAR NO.

**INFORMATION**

# ATTACHMENT 4

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>VS.<br>ROBERT ALLEN GRAVES<br>211 DOMINION PARK_DR, APT #1408<br>HOUSTON, TX 77090 | SPN: 01954106<br>DOB: B M 10/26/1981<br>DATE PREPARED: 10/11/2017 | D.A. LOG NUMBER: 2389581<br>CJIS TRACKING NO.: 9265602767A002<br>BY: EH  DA NO: 62187900<br>AGENCY: SHF<br>O/R NO: HC170161036<br>ARREST DATE: 10/11/2017 |
| NCIC CODE: 1313 18<br>FELONY CHARGE: ASSAULT | RELATED CASES: 1 OTHR MISD | |
| CAUSE NO:<br>HARRIS COUNTY DISTRICT COURT NO:<br>FIRST SETTING DATE: | **1567222**<br>**230** | BAIL: REFERRED TO (15.17)<br>PRIOR CAUSE NO:<br>CHARGE SEQ NUM: 1 |

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ROBERT ALLEN GRAVES**, hereafter styled the Defendant, heretofore on or about October 11, 2017, did then and there unlawfully, intentionally and knowingly cause bodily injury to C. Batey, hereinafter called the Complainant, a person the Defendant knew was a public servant while the Complainant was lawfully discharging an official duty, to-wit: arresting the Defendant for Violation of a Protective Order by biting the Complainant with his mouth.

Before the commission of the offense alleged above, on January 6, 2004, in Cause Number 0960913 in the 230th District Court of Harris County, Texas, the Defendant was convicted of the felony offense of Aggravated Assault.

FILED
Chris Daniel
District Clerk
NOV 14 2017
12:30
Harris County, Texas

Foreman       208th

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

**ATTACHMENT 5**

| | | | |
|---|---|---|---|
| **HCDistrictclerk.com** | The State of Texas vs. GRAVES, ROBERT ALLEN (SPN: 01954106) | | 11/20/2018 |
| | Cause: 156722201010   CDI: 3   Court: 230 | | |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|---|---|---|---|
| 09/11/2018 | MOTIONS | PS LETTER FRM DF | 994 |
| 09/11/2018 | MOTIONS | FILED CFI 230 | |
| 09/06/2018 | ORDER | DFCM - TRACK BASIC | 994 |
| 09/06/2018 | OFFENSE | ASSAULT-BOD INJ-PUB SERV/RETAL LEVEL F3 | |
| 09/06/2018 | | ORDER | 994 |
| 09/06/2018 | ORDER | GRANT TRIA; SETTING | 995 |
| 09/06/2018 | OFFENSE | ASSAULT-BOD INJ-PUB SERV/RETAL LEVEL F3 | |
| 09/06/2018 | | ORDER | 995 |
| 09/05/2018 | ORDER | COMEPETENCY EVAL RECEIVED | 993 |
| 09/05/2018 | OFFENSE | ASSAULT-BOD INJ-PUB SERV/RETAL LEVEL F3 | |
| 09/05/2018 | | ORDER | 993 |
| 07/12/2018 | MOTIONS | COMPETENCY | 995 |
| 07/12/2018 | MOTIONS | FILED CFI 230 | |
| 07/12/2018 | ORDER | GRT. PSYCH. EXAM/COMPETENCY | 996 |
| 07/12/2018 | OFFENSE | ASSAULT-BOD INJ-PUB SERV/RETAL LEVEL F3 | |
| 07/12/2018 | | ORDER | 996 |
| 01/31/2018 | ATTORNEY | KRUGH, NEIL ALEXANDER | 998 |
| 01/31/2018 | ATTORNEY | AAT COURT 230 CFI 230 | |
| 01/31/2018 | JUDGE | HART, BRADLEY STEVEN PRESIDING | |
| 01/29/2018 | ORDER | ATTORNEY FEE VOUCHER | 997 |
| 01/29/2018 | ORDER | ATTY FEE AMT $321.00 | 997 |
| 01/26/2018 | MOTIONS | WITHDRAW COUNSEL | 996 |
| 01/26/2018 | MOTIONS | FILED CFI 230 | |
| 11/16/2017 | MOTIONS | PS DISMISS FELONY | 997 |
| 11/16/2017 | MOTIONS | FILED CFI 230 | |
| 11/14/2017 | GRAND JURY ACTION | FID 11/14/17 G208 | 999 |
| 11/14/2017 | GRAND JURY ACTION | ROTATION CRT 230 OFF FREQ BND $0 | |
| 11/14/2017 | GRAND JURY ACTION | OFFENSE ASSAULT-BOD INJ-PUB SERV LEVEL F3 | |
| 11/14/2017 | ORI | SHERIFF'S DEPARTMENT OFFENSE NO: HC170161036 | |
| 11/14/2017 | PRECEPT/SERVE IND DATE RETURNED 12/06/17 | HOW EXECUTED E | |
| | DATE SERVED | 12/02/17 | |
| 10/13/2017 | ATTORNEY | SUMMERS, DEBORAH D. | 999 |
| 10/13/2017 | ATTORNEY | AAT COURT 230 CFI 230 | |
| 10/13/2017 | JUDGE | HART, BRADLEY STEVEN PRESIDING | |
| 10/12/2017 | CMIF | TIME 0420 AMOUNT $0 | 999 |

| Date | Type | Description | Code |
|---|---|---|---|
| 10/12/2017 | | NOT ACKNOWLEDGED BY SHERIFF | |
| 10/12/2017 | C87 ACTIVITY | BOND SET STATUS J CFI 230 | 998 |
| 10/12/2017 | C87 ACTIVITY | PC FOUND STATUS CFI 230 | 999 |
| 10/12/2017 | C87 ACTIVITY | PROBABLE CAUSE FOUND | |
| 10/12/2017 | MOTIONS | REQ APPT ATTY | 998 |
| 10/12/2017 | MOTIONS | FILED CFI 230 | |
| 10/12/2017 | ORDER | DEF NOT PRSNT @ 0400 DOCKET | 998 |
| 10/12/2017 | OFFENSE | ASSAULT-BOD INJ-PUB SERV/RETAL LEVEL F3 | |
| 10/12/2017 | | ORDER | 998 |
| 10/12/2017 | ORDER | GRNT SET BAIL $0 H/O LP | 999 |
| 10/12/2017 | OFFENSE | ASSAULT-BOD INJ-PUB SERV/RETAL LEVEL F3 | |
| 10/12/2017 | | ORDER | 999 |
| 10/11/2017 | COMPLAINT FILED | 2319 230 ASSAULT-BOD INJ-PUB SER LEVEL F3 | |
| 10/11/2017 | BOND SET | Refer to 15.17 Hearing | 999 |
| 10/11/2017 | REVIEWED BY | LEITNER, JAMES MICHAEL | |
| 10/11/2017 | ORI | SHERIFF'S DEPARTMENT OFFENSE NO: HC170161036 | |
| 10/11/2017 | COMPLAINANT | ENGLETT, CHRISTOPHE | |
| 10/11/2017 | MOTIONS | SET BAIL @ NO BOND | 999 |
| 10/11/2017 | MOTIONS | FILED CFI 230 | |